# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Charles & Company, Inc. ) | ASBCA No. 61491 |
| ) | |
| Under Contract No. W912QR-17-P-0092 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Charles R. Hudson IV
                                  Chief Operations Officer

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                  Nicole E. Angst, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 3, 2018

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61491, Appeal of Charles & Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals